```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 21753
   TERESA L RANGE
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-7619


--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the adminstration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 11/19/07 .

     2.   The case was dismissed without confirmation, 02/22/2008.

     3.   The Debtor paid a total of $    245.07 .
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BUR COL RECO | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| DEBT CREDIT SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| EVERGREEN PROFESSIONALS | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| KENNETH BORCIA | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE | UNSECURED | NOT FILED | .00 | .00 |
| SUPERIOR ASSET MGMT | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| DAMOS PROPERTIES | UNSECURED | .00 | .00 | .00 |
| NORTHGATE APARTMENTS | UNSECURED | .00 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

```
The Debtor's attorney, HAROLD M SAALFELD          , was allowed $       .00
and was paid $      .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $    245.07 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 06/25/08                    /s/
                           GLENN STEARNS
                           CHAPTER 13 TRUSTEE

                              PAGE  2
     CASE NO. 07 B 21753 TERESA L RANGE